IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Terry Tyrone Pullen, Jr.,

    Plaintiff(s),

vs.

SOCF Mailroom, et al.,

    Defendant(s).

Case Number: 1:17cv17

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on March 1, 2017 (Doc. 9), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 15, 2017, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's claims against defendants SOCF mailroom, Sergeant Dillow, and Sergeant Tackett are DISMISSED with prejudice pursuant to 28 U.S.C. §§1915(e)(2)(B) and 1915A(b)(1).

IT IS SO ORDERED.

                                                  ___s/Susan J. Dlott_____
                                                Judge Susan J. Lott
                                                United States District Court