# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

TERRY TYRONE PULLEN, JR.,  Case No. 1:17-cv-017
Plaintiff,

vs.  Dlott, J.
  Litkovitz, M.J.

SOCF MAIL ROOM, et al.,  **ORDER**
Defendants.

Plaintiff, an inmate incarcerated at the Southern Ohio Correctional Facility (SOCF), brings this action under 42 U.S.C. § 1983 for violations of his civil rights. Plaintiff was granted leave to proceed *in forma pauperis* and the complaint was filed on March 1, 2017. (Docs. 6, 7). The undersigned ordered on March 1, 2017 that plaintiff be permitted to proceed on his claims against defendants Captain Whitman, Ms. Kezee, Mr. Satterfield and two remaining unidentified John and Jane Doe defendants (John Doe defendant #1, SOCF Mail Room Worker and Jane Doe defendant #2, SOCF Mail Room Worker). (Doc. 9). This matter is before the Court on the following motions filed by plaintiff: motions to issue service on John Doe/Jane Doe defendants (Doc. 25), motions for extension of time to complete discovery (Docs. 26, 29, 30), motion to stay proceedings (Doc. 27), and motion to investigate (Doc. 28). Plaintiff's motions are unopposed.

Plaintiff seeks to substitute SOCF mail room workers Mr. Casey Meade and Ms. Kelly Madaesi for John and Jane Doe defendants named in the original complaint and to issue service on them. (Docs. 24, 25). The Court allowed plaintiff to proceed on his claims against these John and Jane Doe defendants on initial screening. (Doc. 9). Plaintiff has submitted service and summons forms for the newly identified John and Jane Doe defendants as directed by the Court

in the screening Order.[1] (Docs. 24, 25-1). Defendants do not object to plaintiff's request to issue service. The Court will therefore grant plaintiff's motions and extend the discovery and dispositive motion deadlines as requested by plaintiff.

### IT IS THEREFORE ORDERED THAT:

1. Plaintiff's motions to issue service (Doc. 24, 25) are **GRANTED.** It is **ORDERED** that the United States Marshal serve a copy of the original complaint (Doc. 7), summons form, the Court's Order of March 1, 2017 (Doc. 9) and this Order upon defendants Mr. Casey Meade and Ms. Kelly Madaesi as directed by plaintiff. All costs of service shall be advanced by the United States.

2. Plaintiff's motions for extension of time (Docs. 26, 29, 30) are **GRANTED**. The discovery deadline is extended to **July 2, 2018**. The dispositive motion deadline is extended to **August 2, 2018**.

3. Plaintiff's motion to stay proceedings (Doc. 27) and motion to investigate (Doc. 28) are **DENIED** as moot.

Date: 3/28/18

Karen L. Litkovitz
United States Magistrate Judge

---

[1] Plaintiff also attached a copy of a complaint to Doc. 24, but it is the complaint from another lawsuit plaintiff filed in this Court: *Terry Tyrone Pullen, Jr. v. Mr. Combs, et al.*, Case No. 1:17-cv-755. (*See* Doc. 24 at 10-40).