IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Terry Tyrone Pullen, Jr.,

    Plaintiff(s),

vs.

SOCF Mail Room, et al.,

    Defendant(s).

Case Number: 1:17cv17

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on September 5, 2019 (Doc. 57), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired October 3, 2019, hereby ADOPTS said Report and Recommendation.

Plaintiff filed a motion requesting additional time to file his objections to October 3, 2019. Plaintiff failed to file any objections.

Defendants' motion for summary judgment is GRANTED.

The Court certified pursuant to 28 U.S.C. §1915(a)(3) that an appeal of any Court adopting the Report and Recommendation will not be taken in good faith. *See McGore v. Wrigglesworth,* 114 F.3d 601 (6th Cir. 1997).

IT IS SO ORDERED.

                        ___s/Susan J. Dlott_____
                        Judge Susan J. Dlott
                        United States District Court